IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SAIMAREYA CARSON AND JAYLA CRAFT, a minor,
by and through her natural mother and next friend
ZELLIE CRAFT                                                                         PLAINTIFFS

VS.                                                          CASE NO. 2:18-CV-56-KS-MTP

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY                                                DEFENDANT

### ORDER OF DISMISSAL

On this day, there came on for hearing through the *ore tenus* motion of the parties, a request to dismiss the above styled matter with prejudice. The Court, being advised that the parties have finalized settlement agreements in this matter, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above-styled matter and all claims against Defendant are hereby dismissed with prejudice, with the parties to separately bear their own costs. The Court specifically retains jurisdiction to enforce the settlement agreement and, if necessary, to award attorney fees and costs to the aggrieved party against any party failing to comply with the settlement agreement.

SO ORDERED, this the 15th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO IN SUBSTANCE AND FORM:

/s/Mallory M. Street
MALLORY M. STREET, *Attorney for Defendant*

/s/William D. Montgomery, with permission by Mallory M. Street
WILLIAM D. MONTGOMERY, *Attorney for Plaintiffs*